# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**SCOTTIE B. ASH,**

     **Plaintiff,**

**v.**                                                                        **Case No. 3:13cv477/RV/CJK**

**CORRECTIONAL OFFICER B. OAKES;**
**SERGEANT W.D. JOHNSON; COLONEL**
**WHITE; W.G. WAITMAN; WARDEN**
**R. COMERFORD; in their individual and**
**official capacities,**

     **Defendants.**

_____/

## <u>ORDER</u>

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 18, 2013 (doc. 7).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for voluntary dismissal (doc. 6) is GRANTED, and this cause is hereby DISMISSED WITHOUT PREJUDICE.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of December, 2013.


                          /s/ *Roger Vinson*_____
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**